No. 75–6835. WYDMAN v. KENTUCKY PAROLE BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–6836. BISHOP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6837. HARRIS v. DIRECTOR, MARYLAND DIVISION OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 75–6838. LEE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 75–6840. MAGEE v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–6841. HARRIEL v. STONE, WARDEN. C. A. 9th Cir. Certiorari denied

No. 75–6843. BRANT v. UNITED STATES. C. A. 3rd Cir. Certiorari denied.

No. 75–6844. BENAVIDES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6845. CARDEN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6846. BUCK v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 75–6848. O'REILLY ET AL. v. ROBERT STIGWOOD GROUP, LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–6850. GARRETT v. MOBIL OIL CORP. C. A. 8th Cir. Certiorari denied.

No. 75–6851. HAYNES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.